ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:23-CR-00184-AMO |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ANTONIO C. VARGAS, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information against Antonio C. Vargas.

DATED: 7/31/24

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

MARTHA BOERSCH
Chief, Criminal Division

NOTICE OF DISMISSAL
No. 4:23-cr-00184-AMO
8/4/2021

v.

Leave is granted to the government to dismiss the information against Antonio C. Vargas.

Date: _____

_____
HON. ARACELI MARTINEZ-OLGUIN
United States District Judge